# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| AVENTIS Pharmaceuticals, Inc., MERRELL Pharmaceuticals, Inc., and CARDERM CAPITAL L.P., : : : | | |
| Plaintiffs, : | **ORDER** | |
| v. : | | |
| : | | |
| BARR LABORATORIES, INC., : | Civil Action No. 01-3627 (JAG) | |
| Defendant. : | | |
| AVENTIS Pharmaceuticals, Inc., MERRELL Pharmaceuticals, Inc., and CARDERM CAPITAL L.P., : : : | | |
| Plaintiffs, : | | |
| v. : | | |
| : | Civil Action No. 03-487 (JAG) | |
| TEVA PHARMACEUTICALS USA, INC., : : | | |
| Defendant. : | | |
| AVENTIS Pharmaceuticals, Inc., AMR TECHNOLOGY, INC., : : | | |
| Plaintiffs, : | | |
| v. : | | |
| : | Civil Action No. 04-1064 (JAG) | |
| BARR LABORATORIES, INC., RANBAXY Laboratories Ltd. and RANBAXY Pharmaceuticals, Inc., : : : : | | |
| Defendants. : | | |
| AVENTIS Pharmaceuticals, Inc., AMR TECHNOLOGY, INC., : : | | |
| Plaintiffs, : | | |
| v. : | | |
| : | Civil Action No. 04-1078 (JAG) | |
| TEVA PHARMACEUTICALS USA, INC., and AMINO CHEMICALS, Ltd., : : : : | | |
| Defendants. : | | |

**GREENAWAY, JR., U.S.D.J.**

This matter having come before the Court on the application for a preliminary injunction by Plaintiffs Aventis Pharmaceuticals, Inc., Merrell Pharmaceuticals Inc., Carderm Capital L.P., and AMR Technology, Inc. (collectively "Plaintiffs"), seeking to enjoin Defendants Barr Laboratories, Inc. ("Barr"), Teva Pharmaceuticals USA, Inc. ("Teva"), Ranbaxy Laboratories Limited and Ranbaxy Pharmaceuticals, Inc. (collectively "Ranbaxy"), and Amino Chemicals, Ltd. ("Amino") (collectively "Defendants"), from patent infringement, or inducing patent infringement, by marketing, making, using, or selling generic fexofenadine; and it appearing that this Court reviewed the parties' submissions and heard oral argument; and for the reasons set forth in the accompanying Opinion, and good cause appearing,

IT IS on this 30th day of January, 2006,

ORDERED that Plaintiffs' application for a preliminary injunction (Docket Entry No. 163) is DENIED; and it is further

ORDERED that a copy of this Order be served on the parties within seven (7) days of the entry of this Order.

 S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.