IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC., MERRELL PHARMACEUTICALS INC., and CARDERM CAPITAL L.P., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | Civil Action No. 01-3627 (JAG/MCA) |
| AVENTIS PHARMACEUTICALS INC., and AMR TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., RANBAXY LABORATORIES, LTD. and RANBAXY PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Action No. 04-1064 (JAG/MCA) |
| AVENTIS PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA INC., BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Action No. 07-5076 (JAG/MCA) |

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., BARR LABORATORIES, INC., AMINO CHEMICALS LTD. and DIPHARMA FRANCIS S.r.l., <br><br>　　　　　　　　Plaintiffs, <br><br>v. <br><br>AVENTIS PHARMACEUTICALS INC., <br><br>　　　　　　　　Defendant. | Civil Action No. 06-5463 (JAG/MCA) |
| BARR LABORATORIES, INC., <br><br>　　　　　　　　Plaintiff, <br><br>v. <br><br>AVENTIS PHARMACEUTICALS INC., <br><br>　　　　　　　　Defendant. | Civil Action No. 06-5605 (JAG/MCA) |

## STIPULATION OF DISMISSAL

Aventis Pharmaceuticals, Inc., Merrell Pharmaceuticals, Inc., Carderm Capital L.P., Albany Molecular Research, Inc., AMR Technology, Inc., Barr Laboratories, Inc. ("Barr") and Barr Pharmaceuticals, Inc., appearing through counsel, hereby stipulate as follows pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

　　　1.　All claims, counterclaims and defenses asserted by any of the undersigned parties against any other undersigned party related to Barr's 60-mg fexofenadine hydrochloride capsules and 30, 60 and 180-mg fexofenadine hydrochloride tablets and Teva's 30, 60 and 180-mg fexofenadine hydrochloride tablets in Civil Action Nos. 01-3627 and 04-1064 are dismissed without prejudice;

2. All claims, counterclaims and defenses asserted by any of the undersigned parties against any other undersigned party in Civil Action Nos. 07-5076, 06-5463 and 06-5605 are dismissed without prejudice; and

3. Each party shall bear its own costs and fees, including attorney's fees.

Dated: December 31, 2008

**CONNELL FOLEY LLP**

By: /s/ Liza M. Walsh
Liza M. Walsh
85 Livingston Avenue
Roseland, NJ 07068
Tel.: (973) 535-0500

*Attorneys for Aventis Pharmaceuticals Inc.,
Merrell Pharmaceuticals, Inc. and Carderm Capital, L.P.*

**DECOTIIS, FITZPATRICK, COLE & WISLER, LLP**

By: /s/ Gregory J. Bevelock
Gregory J. Bevelock
Glenpointe Centre West
500 Frank W. Burr Boulevard
Teaneck, NJ 07666
Tel: (201) 928-1100

*Attorneys for Albany Molecular Research, Inc.* [for itself and as successor-in-interest to] *and AMR Technology, Inc.*

**GREENBAUM, ROWE, SMITH & DAVIS LLC**

By: /s/ Robert M. Goodman
Robert M. Goodman
75 Livingston Avenue
Roseland, NJ 07068
Tel.: (973) 535-1600

*Attorneys for Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*